Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

***Attorneys for Plaintiff Spy Optic Inc.***

FILED
CLERK, U.S. DISTRICT COURT
JUL - 6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY JLC DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SPY OPTIC INC., a California Corporation,

Plaintiff,

vs.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" and DOES 1-10,

Defendants.

CASE NO. 2:17-cv-04532-JFW-JCx

**[~~PROPOSED~~] ORDER RE PRELIMINARY INJUNCTION**

[~~FILED UNDER SEAL~~]

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Spy Optic Inc.'s ("Plaintiff" or "Spy Optic") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the Defendants identified on Schedule A attached hereto (collectively, the "Defendants").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants have targeted sales from California residents by operating online retail businesses that offer shipping to the United States, including California, accepting payment in U.S. dollars and, has sold products bearing counterfeit versions of Spy Optic's federally registered trademarks to residents in California, a list of which is included in the below chart (collectively "SPY Marks"):

| Trademark | U.S. Reg. No. | Reg. Date | Goods and Services |
|---|---|---|---|
| **SPY** | 1,981,513 | 06/18/1996 | Glasses and Sunglasses |
| | 3,700,605 | 10/27/2009 | Bags; Namely, Backpacks and Sport Bags |
| | 3,750,166 | 02/16/2010 | Retail Store Services and On-line Retail Store Services Featuring Sunglasses, Sport Goggles, and Wearing Apparel |
| **SPY OPTIC** | 3,218,701 | 03/13/2007 | Wearing Apparel; Namely T-Shirts, Shirts, Sweatshirts, Pants, Shorts, Jackets, Hats, Visors, Caps, Belts and Shoes |
| | 3,468,936 | 07/15/2008 | Sunglasses and Sports Goggles |
| | 2,157,268 | 05/12/1998 | Sunglasses |
| | 3,648,121 | 06/30/2009 | Bags; Namely, Backpacks and Sport Bags |

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order and Order Restraining Transfer of Assets and for Expedited Discovery ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Spy Optic's previously granted Motion for Entry of a TRO establishes that Spy Optic has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Spy Optic will suffer irreparable harm if the injunction is not granted.

Specifically, Spy Optic has proved a *prima facie* case of trademark infringement because (1) Spy Optic's SPY Marks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of Spy Optic's SPY Marks, and (3) Defendants' use of the SPY Marks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Spy Optic's products. Furthermore, Defendants' continued and unauthorized use of the SPY Marks irreparably harms Spy Optic through diminished goodwill and brand confidence, damage to Spy Optic's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Spy Optic has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

Based on the foregoing, IT IS HEREBEY ORDERED that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

a. using the SPY Marks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine

Spy Optic product or is not authorized by Spy Optic to be sold in connection with the SPY Marks;

b. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Spy Optic, nor authorized by Spy Optic to be sold or offered for sale, and which bear any of the SPY Marks or any reproductions, counterfeit copies or colorable imitations thereof;

c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Spy Optic product or any other product produced by Spy Optic, that is not Spy Optics' or not produced under the authorization, control or supervision of Spy Optic and approved by Spy Optic for sale under the SPY Marks; and

d. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Spy Optic, or are sponsored by, approved by, or otherwise connected with Spy Optic;

2. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

3. PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order and to the extent it has not already done so, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

a. locate all accounts and funds connected to Defendants and Defendants' Online Marketplace Accounts, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 1 and 3 to the Declaration of Winifred Jow, and any e-mail addresses provided for Defendants by third parties; and

b. restrain and enjoin any such accounts or funds that are China or Hong Kong based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

4. Spy Optic may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), by sending an e-mail to the e-mail addresses identified in Schedule A below and any e-mail addresses provided for Defendants by third parties that includes a copy of this order and/or a link to the website - http://www.blgnotices.com/front-page/spyoptic-062017/ - on which this Order may be publicly viewed and accessed. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, including PayPal, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

5. This case and all documents currently filed under seal in connection with this action shall be UNSEALED.

6. The $10,000 bond posted by Spy Optic shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

**IT IS SO ORDERED.**

DATE: July 6, 2017

By: [signature]

Honorable John F. Walter
**United States District Judge**

# SCHEDULE A

| eBay Seller Identification | Associated PayPal Account |
|---|---|
| globalbabysupplier | babyshopcx@163.com |
| panthro1983 | bigfidell1983@hotmail.com |
| h.k98652 | hanjinduo889@163.com |
| huangxiaoqing_6688 | huangxiaoqing_668@yahoo.com.cn |
| davidli83 | jasmine1232944@sina.com |
| rich-five | koyotaup@163.com |
| dalin6962 | superman123456@126.com |
| fashions-stores | szxingugang2@163.com |
| hee2-fashion | vickyying_aj@126.com |
| rvt3 | Vincentsinkwell@gmail.com |
| zhouzhou2012 | WU18737428688@163.COM |
| dkc-happy808 | xingfuzhijiawoyaofa@outlook.com |
| top100store | xizilong2011@gmail.com |
| 4zhiutemhuanh | xueyunfeng1961@hotmail.com |
| luckyhappy15 | yiwupr@126.com |
| happyshopping*2014 | yuguifu1982@gmail.com |
| ringstore | yuguifu1982@gmail.com |
| wellcomeyou2014 | yuguifu1982@gmail.com |
| aisteshops | zhaoshuang19892010@hotmail.com |
| paiermeng | 15336608850@163.com |
| hwev9826 | 15801545117@163.COM |